# EXHIBIT 6

Case 2:16-cv-03714-GW-AGR   Case 5:22-mc-80318-VKD   Document 2155   Document 1-7   Filed 04/02/20   Filed 11/21/22   Page 1 of 108   Page 2 of 8   Page ID #:140886

1

```
 1                    UNITED STATES OF AMERICA
                    UNITED STATES DISTRICT COURT
 2                  CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
 3
                               - - -
 4                    HONORABLE GEORGE H. WU
              UNITED STATES DISTRICT JUDGE PRESIDING
 5                             - - -

 6
      THE CALIFORNIA INSTITUTE OF      )
 7    TECHNOLOGY,                      )
                                       )
 8              PLAINTIFF,             )
                                       )  CASE NO.:
 9    VS.                              )  CV 16-3714-GW
                                       )
10    BROADCOM LIMITED, ET AL.,        )
                                       )
11              DEFENDANT.             )
      _____)
12

13

14
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                         (A.M. SESSION)

16              WEDNESDAY, JANUARY 22, 2020

17                 LOS ANGELES, CALIFORNIA

18

19

20

21

22

23            LAURA MILLER ELIAS, CSR 10019
              FEDERAL OFFICIAL COURT REPORTER
24            350 WEST 1ST STREET, ROOM 4455
              LOS ANGELES, CALIFORNIA 90012
25                PH:  (213)894-0374
```

Case 2:16-cv-03714-GW-AGR Document 2155-1 Filed 04/02/20 Page 3 of 108 Page ID #:140887
Case 5:22-mc-80318-VKD Document 1-7 Filed 11/21/22 Page 3 of 8

2

```
 1
       APPEARANCES OF COUNSEL:
 2
       ON BEHALF OF PLAINTIFF:
 3

 4             QUINN EMANUEL

 5             BY: JAMES R. ASPERGER, ESQ.
                   TODD M. BRIGGS, ESQ.
 6                 BILL PRICE, ESQ.
                   RACHEL McCRACKEN, ESQ.
 7
               865 SOUTH FIGUEROA STREET
 8             10TH FLOOR
               LOS ANGELES, CA 90017
 9


10

       ON BEHALF OF DEFENDANT:
11
               WILMER HALE
12
               BY: JOE MUELLER, ESQ.
13                 MARK D. SELWYN, ESQ.
                   JAMES M. DOWD, ESQ.
14                 MINDY SOOTER, ESQ.

15             350 SOUTH GRAND AVENUE
               SUITE 2100
16             LOS ANGELES, CA 90071

17

18

19

20

21

22

23

24

25
```

Case 2:16-cv-03714-GW-AGR  Case 5:22-mc-80318-VKD  Document 2155  Document 1-7  Filed 04/02/20  Filed 11/21/22  Page 4 of 8  Page 9 of 108  Page ID #:140888

3

```
 1
                                  INDEX
 2

 3   WITNESSES FOR
     THE PLAINTIFF:
 4
                         DIRECT     CROSS    REDIRECT    RECROSS
 5
     FARINA, FRED
 6   BY:  MR. ASPERGER     21
     BY:  MR. SELWYN                  37
 7

 8   LAWTON, CATHERINE
     BY:  MR. DeFRANCO     64
 9

10         EXHIBITS            ADMITTED

11            437                 23
               58                 27
12            121                 27
             1816                 32
13
              125                 36
14           1390                 69
              635                 77
15           1020                 82

16           1045                 82
              206                 86
17           1084                 90
             1036                 96
18
               14                 97
19            262                108
             2447                109
20           2468                109

21            602                130
              624                130
22            626                130
              611                131
23
              618                133
24            632                135
              633                135
25             51                135
```

UNITED STATES DISTRICT COURT

```
11:52:24  1    don't think she suggested some sort of impropriety.
11:52:38  2                    (Side bar concluded.)
11:52:49  3         MR. MUELLER:  Your Honor, perhaps we could make
11:52:53  4    clear there was no suggestion of impropriety.
11:52:57  5         MR. DeFRANCO:  We're not going to get into
11:52:59  6    discovery disputes.
11:53:01  7    Q.   I'm just asking you, which you gave, just about the
11:53:02  8    information you used and information you didn't have because
11:53:04  9    you didn't receive it.  Fair enough?
11:53:06 10    A.   Yes.
11:53:08 11    Q.   We should stay away from any fights the parties had
11:53:11 12    during the discovery phase in the case.  Okay?
11:53:14 13    A.   Yes.
11:53:14 14         THE COURT:  Not that there were any.  It was a love
11:53:21 15    fest all around.
11:53:21 16    BY MR. DeFRANCO:
11:53:21 17    Q.   Now, you have been here throughout this trial; is that
11:53:21 18    correct from opening statements?
11:53:21 19    A.   I have.  There were a couple of witnesses that I wasn't
11:53:28 20    here for, but I read their transcripts.
11:53:33 21    Q.   And did you hear defendant's counsel statement in
11:53:33 22    opening that Broadcom would have taken a license to Caltech
11:53:38 23    patents in this hypothetical negotiation, they would have
11:53:42 24    agreed to pay money that would cover all of the folks who
11:53:42 25    used Broadcom chips in their products downstream, for
```

Case 2:16-cv-03714-GW-AGR Document 2155 Filed 04/02/20 Page 140 of 168 Page ID #:141025
Case 5:22-mv-80318-VKD Document 1-7 Filed 11/21/22 Page 6 of 8

140

| | |
|---|---|
| 11:53:49 1 | example, Samsung, Sony and Motorola. Did you hear that? |
| 11:53:49 2 | A. I did hear that. |
| 11:53:53 3 | Q. Do you agree with that? |
| 11:53:55 4 | A. I do not. That is not correct. |
| 11:53:56 5 | Q. Why not? |
| 11:53:57 6 | A. The hypothetical negotiation that we're talking about is |
| 11:54:00 7 | only as it pertains to Apple and Broadcom and the Apple |
| 11:54:04 8 | related infringement and Broadcom's infringement related to |
| 11:54:09 9 | Apple and these imports into the U.S. That's it. Those are |
| 11:54:14 10 | all we looked at. Those are the only chips at issue in this |
| 11:54:17 11 | case. |
| 11:54:17 12 | Q. Did you also here a statement in defendant's opening |
| 11:54:19 13 | that the theory, they meaning Caltech, the theory they were |
| 11:54:24 14 | offering to you that Broadcom would take a license that |
| 11:54:28 15 | covers anyone who might use Broadcom chips except for Apple, |
| 11:54:31 16 | and then Apple would contact Caltech, arrange their own |
| 11:54:34 17 | license and pay five times as much as Broadcom, do you agree |
| 11:54:38 18 | with that scenario? |
| 11:54:41 19 | A. No. That is not the scenario of a hypothetical |
| 11:54:44 20 | negotiation and it's very confusing and misleading because it |
| 11:54:52 21 | injects this idea of this cross-talk. This hypothetical |
| 11:54:52 22 | negotiation is simply a method to try and estimate what's |
| 11:54:52 23 | adequate to compensate for the alleged infringement. There |
| 11:55:02 24 | isn't any license that results from it or agreements or what |
| 11:55:02 25 | have you. It's a simply a way in which we attempt to |

| | |
|---|---|
| 11:55:10 1 | estimate what royalty would be reasonable based on the |
| 11:55:13 2 | infringement that's alleged here. |
| 11:55:15 3 | So there wouldn't be instances where Broadcom's |
| 11:55:18 4 | calling up Apple or Apple's calling up other customers, none |
| 11:55:23 5 | of that would occur. This cross-talk, this idea there's a |
| 11:55:26 6 | license agreement, none of that happened. This is simply our |
| 11:55:31 7 | hypothetical negotiation is the paradigm. |
| 11:55:34 8 | The second thing as I said before, these other |
| 11:55:37 9 | customers they're not part of this. This is simply the |
| 11:55:41 10 | infringement that's alleged against Broadcom and the |
| 11:55:44 11 | infringement that's alleged against Apple. So other |
| 11:55:48 12 | customers and the other chips that Broadcom sold aren't part |
| 11:55:51 13 | of what we're talking about here in terms of the analysis and |
| 11:55:54 14 | information I'm presenting. |
| 11:55:58 15 | Q. And just looking at the numbers you presented here |
| 11:56:01 16 | without mentioning on the record any particular specific |
| 11:56:05 17 | number, please, apart from these numbers were there |
| 11:56:08 18 | additional WiFi chips with LDPC codes that Broadcom sold |
| 11:56:11 19 | during the relevant time period here that are not included in |
| 11:56:20 20 | these numbers? |
| 11:56:22 21 | A. Yes. There's other WiFi chips that Broadcom sold to |
| 11:56:28 22 | other end customers, not Apple end customers, like Samsung |
| 11:56:32 23 | and Walway are two other big Broadcom customers. None of |
| 11:56:38 24 | those chips are part of the -- the design wasn't related to |
| 11:56:42 25 | the Galaxy, for example, the Samsung phones, none of that's |

```
11:56:45  1   in here.  That's not part of this case, but those are chips
11:56:49  2   Broadcom sold.
11:56:51  3   Q.    And I briefly want to take you through some of your work
11:56:53  4   schedules, charts you prepared that rolled up into these
11:56:57  5   numbers on this exhibit that is not objected to.  There
11:57:00  6   should be in Volume III of your binder please.  There's
11:57:06  7   PTX 1474.  If you could just look at that and tell us what
11:57:13  8   you used it for?
11:57:15  9   A.    Exhibit 1474 is the total number of chips that Broadcom
11:57:21 10   has reported as sold during the period May 26th of 2010
11:57:24 11   through August 4th of 2019.
11:57:31 12   Q.    And PTX 1471 is that another one of your work documents?
11:57:34 13   A.    It is.
11:57:34 14   Q.    What is that?
11:57:38 15   A.    1471 is a summary of Apple's U.S. sales of devices with
11:57:44 16   accused Broadcom chip sets during the period, second quarter
11:57:51 17   of 2010 through the third quarter of 2019.  So this is
11:58:01 18   May 2010 through September of 2019.
11:58:03 19   Q.    And PTX 1476?
11:58:12 20   A.    PTX 1476 is a summary of total Broadcom sales of accused
11:58:18 21   chips to Apple during the period of May 26, 2010 through
11:58:22 22   August 4, 2019 by chip number.
11:58:22 23   Q.    And PTX 1480.
11:58:28 24   A.    PTX 1480 is a summary of Broadcom accused chips imported
11:58:32 25   by Broadcom excluding the Apple sales, that Broadcom imported
```