**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Case No. 5:22-MC-80318<br><br>E.D. Tex. Case No. 2:21-CV-0446-JRG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO COMPEL SUBPOENA COMPLIANCE BY BROADCOM CORP. AND BROADCOM INC.** |

Considering the papers and arguments, and finding good cause, Plaintiff California Institute of Technology's Motion to Compel Subpoena Compliance by Broadcom Corp. and Broadcom Inc. is GRANTED.

Broadcom Corp. and Broadcom Inc. are hereby ORDERED to comply fully and promptly with the Subpoenas to Produce Documents, Information, or Objects that were served on them by Plaintiff California Institute of Technology in connection with the above-captioned action pending in the Eastern District of Texas.

IT IS SO ORDERED.


Date: _____    _____