UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 22-mc-80318-SVK<br><br>**ORDER OF RECUSAL** |

    This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: November 22, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge