**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

1

2

3   CALIFORNIA INSTITUTE OF
    TECHNOLOGY,

4

5            Plaintiff,

6            v.

7   SAMSUNG ELECTRONICS CO., LTD. and
    SAMSUNG ELECTRONICS AMERICA,

8   INC.

9            Defendants.

10

Case No. 5:22-MC-80318-VKD

E.D. Tex. Case No. 2:21-CV-0446-JRG

**CORPORATE DISCLOSURE**
**STATEMENT**

11

12       Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff California Institute of

13   Technology ("Caltech"), hereby states the following:

14       Caltech is a non-profit corporation organized under the laws of the State of California. It

15   has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

16

17   Dated: November 28, 2022

18

19                                        Respectfully submitted,

20                                        By:   */s/ Kalpana Srinivasan*
                                                Kalpana Srinivasan

21                                                  California State Bar No. 237460
                                                    ksrinivasan@susmangodfrey.com

22                                        SUSMAN GODFREY LLP
                                          1900 Avenue of the Stars, Suite 1400

23                                        Los Angeles, CA 90067
                                          Telephone: (310) 789-3100

24                                        Facsimile: (310) 789-3150

25

26                                        1

27                                        CORPORATE DISCLOSURE STATEMENT
                                                    5:22-MC-80318-VKD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Ravi Bhalla
   *Pro hac vice pending*
   New York State Bar No. 5478223
   rbhalla@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff California Institute of Technology*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via e-mail on the following individual, counsel for Broadcom, who represented to me via e-mail that he is authorized to accept electronic service on behalf of Broadcom Corp. and Broadcom Inc.

Taylor Gooch
WilmerHale
One Front Street, Suite 3500
San Francisco, CA 94111 USA
Taylor.Gooch@wilmerhale.com

*/s/ Ravi Bhalla*

Ravi Bhalla

2

CORPORATE DISCLOSURE STATEMENT
5:22-MC-80318-VKD