MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 443-5300

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | Case No. 5:22-MC-80318<br><br>[Underlying Case Pending in E.D. Tex., Case No. 2:21-CV-0446-JRG]<br><br>**NOTICE OF APPEARANCE**<br><br>Date: November 30, 2022 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as an additional attorney of record on behalf of Non-Parties Broadcom Inc. and Broadcom Corp.

>JAMES M. DOWD (SBN 259578)
>james.dowd@wilmerhale.com
>WILMER CUTLER PICKERING
>HALE AND DORR LLP
>350 South Grand Avenue, Suite 2400
>Los Angeles, CA 90071
>Telephone: (213) 443-5300
>Facsimile: (213) 443-5400

Dated: November 30, 2022

WILMER CUTLER PICKERING, HALE AND DORR LLP

By: /s/ *James M. Dowd*
MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of November, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: /s/ James M. Dowd
JAMES M. DOWD