1  Mark D. Selwyn
2  California State Bar No. 244180
   mark.selwyn@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Telephone: 650 858 6031

6  James M. Dowd
7  California State Bar No. 259578
   james.dowd@wilmerhale.com
8  WILMER CUTLER PICKERING
   HALE AND DORR LLP
9  350 South Grand Avenue, Suite 2400
   Los Angeles, CA 90071
10 Telephone:  (213) 443-5300

11 Taylor Gooch
12 California State Bar No. 294282
   taylor.gooch@wilmerhale.com
13 WILMER CUTLER PICKERING
   HALE AND DORR LLP
14 One Front Street, Suite 3500
   San Francisco, CA 94111
15 Telephone: (628) 235-1000
16 *Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

17            **UNITED STATES DISTRICT COURT**
18        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
               **SAN JOSE DIVISION**
19

| | |
|---|---|
| 20 CALIFORNIA INSTITUTE OF TECHNOLOGY, | Case No. 5:22-MC-80318 |
| 21         Plaintiff, | E.D. Tex. Case No. 2:21-CV-0446-JRG |
| 22         v. | **BROADCOM CORPORATION AND BROADCOM INC.'S CORPORATE DISCLOSURE STATEMENT** |
| 23 SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. | |
| 24 | Date: November 30, 2022 |
| 25         Defendants. | |
| 26 | |

27
28

Broadcom Corporation and Broadcom
Inc.'s Corporate Disclosure Statement
5:22-MC-80318

Broadcom Corporation and Broadcom Inc. submit this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Broadcom Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.  Broadcom Corporation is an indirect, wholly-owned subsidiary of Broadcom Inc.  No publicly held corporation owns 10% or more of Broadcom Corporation's stock.

Dated:  November 30, 2022

*/s/ Taylor Gooch*

Taylor Gooch
California State Bar No. 294282
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

James M. Dowd
California State Bar No. 259578
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 443-5300

Mark D. Selwyn
California State Bar No. 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650 858 6031

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

Broadcom Corporation and Broadcom Inc.'s Corporate Disclosure Statement
5:22-MC-80318

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of November, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By:   */s/ Taylor Gooch*
Taylor Gooch