Mark D. Selwyn
California State Bar No. 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650 858 6031

James M. Dowd
California State Bar No. 259578
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

Taylor Gooch
California State Bar No. 294282
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>          Defendants. | Case No. 5:22-MC-80318<br><br>[Underlying Case Pending in E.D. Tex., Case No. 2:21-CV-0446-JRG]<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO COMPEL SUBPOENA COMPLIANCE BY BROADCOM CORP. AND BROADCOM INC.**<br><br>Date: November 30, 2022 |

WHEREAS, California Institute of Technology ("Caltech") is the Plaintiff in Case No. 2:21-cv-0446-JRG in the Eastern District of Texas ("E.D. Texas Litigation").

WHEREAS, Caltech served a subpoena on non-parties Broadcom Inc. and Broadcom Corp. (collectively, "Broadcom") on or about April 13, 2022 for the production of documents in the E.D. Texas Litigation.

WHEREAS, Broadcom objected to the production of documents in response to that subpoena.

WHEREAS, Broadcom and Caltech met and conferred over a number of months—via telephonic conferences on June 8 and August 8, 2022 and via e-mail correspondence through October 2022.

WHEREAS, Caltech filed a Motion to Compel Subpoena Compliance ("Motion to Compel") on November 21, 2022 in this Court.  In its Motion to Compel, Caltech requested a hearing on December 27, 2022 at 10:00 AM PT.

WHEREAS, the parties have not previously stipulated to any time modifications in this matter.

WHEREAS, counsel for Broadcom informed Caltech that members of its team would be unavailable during the period set forth under the local rules for briefing related to its Motion to Compel due to pre-trial and trial commitments, and both Broadcom and Caltech agreed that the stipulated briefing schedule was appropriate given the recent and upcoming holidays.

WHEREAS, the agreed upon stipulated briefing schedule would have no effect on any other case deadlines as there are no other case deadlines in this matter.

WHEREAS, pursuant to Local Rules 6-2 and 7-12, the parties have conferred regarding a mutually agreeable schedule for briefing and a hearing related to Caltech's Motion to Compel and accordingly agreed to the schedule set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the schedule for briefing in this matter and the schedule for any hearing shall be as followed:

- Broadcom's response to the Motion to Compel shall be due on December 19, 2022;
- Caltech's reply to Broadcom's response shall be due on December 29, 2022;
- Any hearing on the Motion to Compel shall be on January 10, 2023 at 10:00 AM, or at the Court's convenience on the first available date after January 10, 2023.

Dated:  November 30, 2022

/s/  Taylor Gooch
Taylor Gooch
California State Bar No. 294282
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

James M. Dowd
California State Bar No. 259578
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 443-5300

Mark D. Selwyn
California State Bar No. 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650 858 6031

*Attorney for Non-Parties Broadcom Inc. and Broadcom Corp.*

/s/  Ravi Bhalla
Kalpana Srinivasan
California State Bar No. 237460
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Facsimile: (310) 789-3150

Ravi Bhalla
  *Admitted pro hac vice*
  New York State Bar No. 5478223
rbhalla@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff California Institute of Technology*

## ATTESTATION

I, Taylor Gooch, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/  Taylor Gooch*
Taylor Gooch

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of November, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/  Taylor Gooch*
Taylor Gooch

# [PROPOSED] ORDER

Pursuant to the terms of the stipulation between the parties, it is so ordered and adjudged:

- Broadcom's response to the Motion to Compel shall be due on December 19, 2022;
- Caltech's reply to Broadcom's response shall be due on December 29, 2022;
- Any hearing on the Motion to Compel shall be on January 10, 2023 at 10:00 AM, or at the Court's convenience on the first available date after January 10, 2023.

IT IS SO ORDERED.

Dated: _____    By: _____