# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:22-MC-80318<br><br>E.D. Tex. Case No. 2:21-CV-0446-JRG<br><br>**[PROPOSED] ORDER REGARDING BROADCOM INC. AND BROADCOM CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79-5** |

**[PROPOSED] ORDER**

Pursuant to Civ. L.R. 7-11 and Civ. L.R. 79-5, non-parties Broadcom Inc. and Broadcom Corp. (collectively, "Broadcom") have filed an administrative motion to file portions of Broadcom's Opposition to California Institute of Technology's Motion to Compel under seal.

Having considered the motion and declaration cited therein, the Court GRANTS Broadcom's motion and ORDERS that the documents below be filed under seal:

| DOCUMENT | PORTIONS TO BE SEALED |
|---|---|
| Broadcom's Opposition to Motion to Compel | Excerpt<br><br>Page 3, lines 19-22<br>Page 4, lines 12-13, 14-15-21, 24-26<br>Page 5, lines 1-10, 12-15, 17-19, 22, 24-26<br>Page 6, lines 1, 13-15<br>Page 11, lines 19, 21-23, 25-27<br>Page 15, lines 4, 5-10, 15 |
| Declaration of James M. Dowd in support of Broadcom's Opposition | Excerpt<br><br>Page 1, line 21<br>Page 2, lines 20, 23<br>Page 3, lines 2, 5, 8 |
| EXHIBIT 1 | In its entirety |
| EXHIBIT 2 | In its entirety |
| EXHIBIT 4 | In its entirety |
| EXHIBIT 5 | In its entirety |
| EXHIBIT 6 | In its entirety |
| EXHIBIT 7 | Excerpt<br><br>Page 2, lines 2, 6-8, 11-13, 27-28<br>Page 6, line 2 |
| EXHIBIT 8 | Excerpt |

|  | Page 1, line 16<br>Page 10, lines 1, 5, 17, 18<br>Page 86, lines 20, 22, 24<br>Page 205, lines 4, 11, 13, 16, 17<br>Page 210, lines 17-18<br>Page 215, lines 23-25<br>Page 216, lines 1-2, 6-8, 11-12, 16-24<br>Page 264, lines 1-2, 4, 9, 11, 13-16, 23-25<br>Page 265, lines 2, 4-5, 10-12, 15-16, 19-21, 23-24<br>Page 266, lines 6-9, 14, 15, 19, 20-21, 22 |
|---|---|
| EXHIBIT 9 | Excerpt<br><br>Page 1, line 16<br>Page 10, lines 3, 11<br>Page 263, lines 4, 6, 14, 23 |
| EXHIBIT 11 | In its entirety |
| EXHIBIT 12 | Excerpts<br><br>Page 1, line 15<br>Page 23, lines 1-2, 4, 6, 8-9, 14-15, 21-23, 25<br>Page 24, lines 1-2<br>Page 74, lines 3-5, 8-10, 19-20, 25<br>Page 75, lines 1, 11-12, 14-18, 20, 23-24 |
| EXHIBIT 13 | In its entirety |
| EXHIBIT 14 | In its entirety |

**IT IS SO ORDERED.**

Dated: _____

                                                    Hon. Virginia K. DeMarchi