Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6031

James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 443-5300

Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:22-MC-80318<br><br>E.D. Tex. Case No. 2:21-CV-0446-JRG<br><br>**DECLARATION OF JAMES M. DOWD IN SUPPORT OF NON-PARTIES BROADCOM INC. AND BROADCOM CORP.'S OPPOSITION TO PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S NOTICE AND MOTION TO COMPEL SUBPOENA COMPLIANCE**<br><br>Date: January 10, 2023<br>San Jose Courthouse, Courtroom 2, 5th Floor<br>Time: 10:00 AM PT |

I, James M. Dowd, declare:

I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and I am one of the attorneys representing Broadcom Inc. and Broadcom Corp. (together, "Broadcom") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

1. On April 27, 2022, I met and conferred with counsel for California Institute of Technology ("Caltech") regarding their subpoenas to produce documents to Broadcom. During the meet and confer, I reviewed with Caltech's counsel Broadcom's objections to the requests stated in Caltech's subpoena. Counsel for Caltech explained that the source code requested in the subpoenas was Caltech's top priority and that production of source code would satisfy its subpoena requests. In response, I explained that to the extent Caltech's theory of relevance is premised on Caltech alleging infringement based upon Broadcom chips in Samsung's products, this theory is barred by claim preclusion doctrine and its prohibition against claim splitting, and that as a result Caltech's request were unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate to any legitimate need in Caltech's case.

2. On June 8 and August 9, 2022, counsel for Broadcom met and conferred again with counsel for Caltech. I am informed and understand that during these meet and confers, counsel only discussed Caltech's requests for source code and Broadcom's objections based on claim preclusion and claim splitting.

3. Based upon reasonable investigation, I understand that Broadcom's ▓▓▓▓▓▓ chip uses a direct encoder.

4. Attached hereto as **EXHIBIT 1** is a true and correct copy of excerpts from Caltech's Final Identification of Accused Products in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated September 15, 2017.

5. Attached hereto as **EXHIBIT 2** is a true and correct copy of excerpts from Defendants' Second Supplemental Objections and Responses to Caltech's Third Set of

1

Interrogatories in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated June 18, 2018

6. Attached hereto as **EXHIBIT 3** is a true and correct copy of excerpts from the trial transcript, Dkt. 2251-2 in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated January 17, 2020, 1:00 P.M.

7. Attached hereto as **EXHIBIT 4** is a true and correct copy of excerpts from Broadcom's Third Amended Objections and Responses to Caltech's Interrogatory No. 2 in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated August 7, 2017.

8. Attached hereto as **EXHIBIT 5** is a true and correct copy of excerpts from Attachment 2-D To Broadcom's Third Amended Objections and Responses to Caltech's Interrogatory No. 2 in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.).

9. Attached hereto as **EXHIBIT 6** is a true and correct copy of excerpts from Caltech's First Set of Requests for Admission to Broadcom, dated September 13, 2017.

10. Attached hereto as **EXHIBIT 7** is a true and correct copy of excerpts from Caltech's Second Set of Email Production Requests in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated August 14, 2017.

11. Attached hereto as **EXHIBIT 8** is a true and correct copy of excerpts from the transcript of the deposition of ▇▇▇▇▇▇ in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated July 14, 2017.

12. Attached hereto as **EXHIBIT 9** is a true and correct copy of excerpts from the transcript of the deposition of ▇▇▇▇▇▇ in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated September 8, 2017.

13. Attached hereto as **EXHIBIT 10** is a true and correct copy of an email chain between Jim Dowd and Daniel Shih, dated April 2022.

**DECLARATION OF JAMES M. DOWD IN SUPPORT OF BROADCOM'S OPPOSITION TO CALTECH'S MOTION TO COMPEL**          **CASE NO. 5:22-MC-80318**

14. Attached hereto as **EXHIBIT 11** is a true and correct copy of excerpts from Exhibit 9 to the deposition of ▓▓▓▓▓▓ in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.).

15. Attached hereto as **EXHIBIT 12** is a true and correct copy of excerpts from the transcript of the deposition of ▓▓▓▓▓▓ in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), dated November 15, 2017.

16. Attached hereto as **EXHIBIT 13** is a true and correct copy of excerpts from Exhibit 398 to the deposition of ▓▓▓▓▓▓ in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.).

17. Attached hereto as **EXHIBIT 14** is a true and correct copy of Broadcom and Apple's Combined Brief on (1) Caltech's Use of the Direct Encoder at Trial and (2) Admissibility of How Accused Products Were Created, filed under seal in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), Dkt. 1797-1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed December 19, 2022.

                                                           /s/ James M. Dowd
                                                           James M. Dowd

**DECLARATION OF JAMES M. DOWD**      **CASE NO. 5:22-MC-80318**
**IN SUPPORT OF BROADCOM'S OPPOSITION TO**
**CALTECH'S MOTION TO COMPEL**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of December, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: /s/ *James M. Dowd*
James M. Dowd