# EXHIBIT 3



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE


THE CALIFORNIA INSTITUTE OF
TECHNOLOGY,

                    Plaintiff,

     vs.                              Case No. CV 16-3714-GW

BROADCOM LIMITED, et al,

                    Defendants.
_____/


                    REPORTER'S TRANSCRIPT OF
                JURY TRIAL - DAY 4 PM SESSION
                  FRIDAY, JANUARY 17, 2020
                        1:00 P.M.
                  LOS ANGELES, CALIFORNIA


                    _____
                TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                   FEDERAL OFFICIAL COURT REPORTER
                  350 WEST FIRST STREET, ROOM 4311
                   LOS ANGELES, CALIFORNIA  90012
                         (213) 894-2849

| | | |
|---|---|---|
| 03:17PM | 1 | THE COURT:  Okay.  Great. |
| | 2 | (JURY ENTERS COURTROOM AT 3:18 P.M.) |
| 03:18PM | 3 | THE COURTROOM DEPUTY:  You may be seated. |
| 03:18PM | 4 | THE COURT:  All right.  Good afternoon again, ladies |
| 03:18PM | 5 | and gentlemen.  We will continue with the examination. |
| 03:19PM | 6 | MR. JOHNSON:  Thank you, Your Honor. |
| 03:19PM | 7 | BY MR. JOHNSON: |
| 03:19PM | 8 | Q    Thus far, Dr. Shoemake, we've been talking about the |
| 03:19PM | 9 | infringement issues in this case, right? |
| 03:19PM | 10 | A    Correct. |
| 03:19PM | 11 | Q    Does that conclude your opinions with respect to the |
| 03:19PM | 12 | infringement issues in this case? |
| 03:19PM | 13 | A    It does.  I have shown that the five claims at issue are |
| 03:19PM | 14 | infringed by the accused products. |
| 03:19PM | 15 | Q    So I now need to switch gears a little bit and ask you |
| 03:19PM | 16 | some technical questions that are related to the damages issues |
| 03:19PM | 17 | in this case. |
| 03:19PM | 18 | And let me start by asking you, are you familiar with |
| 03:19PM | 19 | something that Broadcom refers to as the direct encoder? |
| 03:19PM | 20 | A    I am. |
| 03:19PM | 21 | Q    And have you seen evidence that Broadcom has considered |
| 03:19PM | 22 | using what it calls a direct encoder? |
| 03:19PM | 23 | A    I have. |
| 03:19PM | 24 | Q    And what evidence have you seen and what is it exactly? |
| 03:19PM | 25 | A    So I have seen evidence that indicates that Broadcom has |

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| 03:19PM | 1 |

03:19PM 1   tried to design something called a direct encoder.  That is a

03:19PM 2   type of encoder that takes the information bits, and instead of

03:19PM 3   using a low complexity two-step process, like the Caltech's

03:19PM 4   patents teach, and patent performs all of the computations to

03:20PM 5   form the parity bits in one step; however, that one step is

03:20PM 6   much higher complexity than the two separate low complexity

03:20PM 7   steps in the Caltech patents.

03:20PM 8   Q    And Broadcom tried to implement this direct encoder after

03:20PM 9   this lawsuit was filed?

03:20PM 10  A    That's correct.  It was relatively recently.

03:20PM 11  Q    And do you have an opinion as to whether the direct

03:20PM 12  encoder uses Caltech's patents?

03:20PM 13  A    The direct encoder does not use Caltech's patents.

03:20PM 14  Q    And why doesn't the direct encoder meet the limitations of

03:20PM 15  Caltech's claims?  Just step through it.

03:20PM 16  A    Certainly.  Well, that depends on the particular claim.

03:20PM 17       But if you look at -- at particular claims, one of the

03:20PM 18  reasons is that the first coder doesn't -- I'm sorry, the

03:20PM 19  direct encoder doesn't have a first and second coder.  And

03:20PM 20  also, it just doesn't follow the irregular repetition,

03:21PM 21  scrambling, permutation, even as an LDGM step followed by an

03:21PM 22  accumulator.

03:21PM 23       So it doesn't have, for example, a first and second coder,

03:21PM 24  it's still a single coder.

03:21PM 25  Q    Now, are there advantages to Caltech's patented technology

**UNITED STATES DISTRICT COURT**

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3    COUNTY OF LOS ANGELES    )
                               )
 4    STATE OF CALIFORNIA      )

 5

 6              I, TERRI A. HOURIGAN, Federal Official Realtime

 7    Court Reporter, in and for the United States District Court for

 8    the Central District of California, do hereby certify that

 9    pursuant to Section 753, Title 28, United States Code that the

10    foregoing is a true and correct transcript of the

11    stenographically reported proceedings held in the

12    above-entitled matter and that the transcript page format is in

13    conformance with the regulations of the judicial conference of

14    the United States.

15

16    Date:  January 17, 2020

17

18

19                         /s/ TERRI A. HOURIGAN
                      _____
20                    TERRI A. HOURIGAN, CSR NO. 3838, CCRR
                         Federal Official Court Reporter
21

22

23

24

25
```

UNITED STATES DISTRICT COURT