# EXHIBIT 7
## PUBLIC VERSION

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff
California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW (AGRx)<br><br>**CALIFORNIA INSTITUTE OF TECHNOLOGY'S SECOND SET OF EMAIL PRODUCTION REQUESTS** |

| Custodian | Search Terms | Time Frame |
|---|---|---|
| | ▇▇▇▇▇▇▇▇▇▇▇▇) and (support or design or development or sample or test*) Olympic and (802.11n or 802.11ac or WLAN or wi-fi or wifi or ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ and (support or design or development or sample or test*) Raptor and (802.11n or 802.11ac or WLAN or wi-fi or wifi or ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ and (support or design or development or sample or test*) | |
| Hwa C. Lee (Broadcom) | IRA<br>Caltech<br>Mceliece<br>Jin<br>Khandekar<br>LDPC<br>7116710 or 7,116,710<br>7421032 or 7,421,032<br>7916781 or 7,916,781<br>8284833 or 8,284,833 | 7/2011 to 7/2014 |
| Nilesh Mistry (Broadcom) | LDPC<br>Samsung and (802.11n or 802.11ac or WLAN or wi-fi or wifi or ▇▇▇▇▇▇▇▇▇▇▇▇ or ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or | 1/2010 to present |

| Custodian | Search Terms | Time Frame |
|---|---|---|
| | ████████████ | |

DATED: August 14, 2017

By  */s/ Brian P. Biddinger*
　　Brian P. Biddinger
　　brianbiddinger@quinnemanuel.com
　　QUINN EMANUEL URQUHART &
　　SULLIVAN, LLP
　　51 Madison Avenue, 22nd Floor
　　New York, New York 10010-1601
　　Telephone:  (212) 849-7000
　　Facsimile:  (212)-849-7100
　　*Attorneys for Plaintiff California*
　　*Institute of Technology*