# EXHIBIT 8
## PUBLIC VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT CALIFORNIA
 3                 WESTERN DIVISION
 4   _____
 5   THE CALIFORNIA INSTITUTE   )
 6   OF TECHNOLOGY,             )
                                )
 7         Plaintiff,           )
                                )
 8   vs.                        ) No. 2:16-CV-3714-GW-AGRX
                                )
 9   BROADCOM LIMITED, BROADCOM )
     CORPORATION, AVAGO         )
10   TECHNOLOGIES LIMITED,      )
     APPLE INC., AND CYPRESS    )
11   SEMICONDUCTOR CORPORATION, )
                                )
12         Defendants.          )
                                )
13   _____)
14
          HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF  ███████████
17              Palo Alto, California
18              Friday, July 14, 2017
19                   Volume I
20
21   Reported by:
     CATHERINE A. RYAN, RMR, CRR
22   CSR No. 8239
23   Job No. 2649120
24
25   PAGES 1 - 362
```

Page 1

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ▇▇▇▇▇▇▇▇▇▇▇▇ | 09:05:50 |
| 2 | having been administered an oath, was examined and | |
| 3 | testified as follows: | |
| 4 |      MR. DOWD: And just so it's clear on the | |
| 5 | record before we begin, ▇▇▇▇▇▇ has been | 09:06:05 |
| 6 | designated under the 30(b)(6) notice for topics 11, | |
| 7 | 17, 19 as to marketing; 23, 30, 32, and 35 as to the | |
| 8 | market or marketing topics; and then, finally, also | |
| 9 | 36. | |
| 10 |      MR. BIDDINGER: Great. Thank you, | 09:06:25 |
| 11 | Counsel. I appreciate that. It makes it a lot | |
| 12 | easier. | |
| 13 |                EXAMINATION | |
| 14 | BY MR. BIDDINGER: | |
| 15 |   Q  Good morning. Could you tell us your full | 09:06:30 |
| 16 | name, please. | |
| 17 |   A  My full name is ▇▇▇▇▇▇▇▇▇▇ | |
| 18 |   Q  And who do you work for, ▇▇▇▇▇▇ | |
| 19 |   A  For Broadcom Limited. | |
| 20 |   Q  And what's your current position at | 09:06:44 |
| 21 | Broadcom? | |
| 22 |   A  My current position is vice president of | |
| 23 | marketing for our WCC business unit. | |
| 24 |   Q  What does WCC stand for? | |
| 25 |   A  Wireless connectivity combo. | 09:07:00 |

| | | |
|---|---|---|
| 1 | Q   In terms of who Broadcom's customers are | 10:31:57 |
| 2 | for WiFi chips, are those the OEMs or end users | |
| 3 | or -- who would you identify as the customers for | |
| 4 | Broadcom's WiFi chips? | |
| 5 | A   So -- so we have OEMs and ODMs. | 10:32:10 |
| 6 | Q   And what's an ODM? | |
| 7 | A   For -- for example, we may work with a | |
| 8 | company in Japan or Sam- -- or Samsung -- not | |
| 9 | Samsung -- in Korea that could build a small module | |
| 10 | that could be used for a smartphone. | 10:32:31 |
| 11 | Q   Who are Broadcom's largest OEM customers | |
| 12 | for WiFi chips? | |
| 13 | MR. DOWD:  Objection. | |
| 14 | THE WITNESS:  In terms of -- can you be | |
| 15 | more specific? | 10:32:47 |
| 16 | BY MR. BIDDINGER: | |
| 17 | Q   In terms of sales volume. | |
| 18 | A   It would be Apple and Samsung. | |
| 19 | Q   Do you know what -- roughly, what | |
| 20 | percentage of Broadcom's WiFi chip sales are made to | 10:33:13 |
| 21 | Apple? | |
| 22 | A   Can you be more specific? | |
| 23 | Q   I don't know how to be more specific. | |
| 24 | Do you understand what percentage of | |
| 25 | Broadcom's WiFi chips are made to Apple? | 10:33:32 |

```
 1    802.11ac-compliant chips as "5G"?                    11:00:12

 2        A    For -- yes.

 3        Q    What does "5G" refer to?

 4        A    So -- so we had an internal marketing

 5    campaign.  We want to be able to promote the --      11:00:25

 6    fifth-generation WiFi technology, and that's --

 7    that's where the 5G comes from.

 8        Q    So when Broadcom refers to "5G," is it

 9    referring solely to 802.11ac-compliant chips?

10        A    That's correct.                             11:00:45

11             MR. DOWD:  Objection.

12    BY MR. BIDDINGER:

13        Q    And when did Broadcom first sell an

14    802.11ac-compliant chip?

15        A    In my particular segment, it might have     11:01:01

16    been 2013.

17        Q    Do you know what the first

18    802.11ac-compliant chip was at Broadcom?

19        A    For my particular segment, the smartphone

20    market?  It was the ███.                             11:01:25

21        Q    Do you know what the first end product to

22    use the ███ chip was?

23        A    I believe it was the Galaxy S5.

24        Q    Was the ███ chip developed for a

25    particular market segment?                           11:02:00
```

Page 86

| | | |
|---|---|---|
| 1 | the phones that are in the market today or -- | 11:33:52 |
| 2 | BY MR. BIDDINGER: | |
| 3 |     Q   Yes. | |
| 4 |     A   -- can you -- the phones that are being | |
| 5 | sold in the market today will most likely use a | 11:33:56 |
| 6 | solution from Broadcom. | |
| 7 |     Q   And are all of Apple's iPhones sold in the | |
| 8 | market today using WCC chips? | |
| 9 |     MR. DOWD:  Objection.  Vague. | |
| 10 |     THE WITNESS:  So -- so the -- are you | 11:34:15 |
| 11 | talking about the iPhone -- iPhone phones? | |
| 12 |     MR. BIDDINGER:  Yes. | |
| 13 |     THE WITNESS:  They will most likely use a | |
| 14 | WCC chip. | |
| 15 | BY MR. BIDDINGER: | 11:34:25 |
| 16 |     Q   Do you know if there's any Apple iPhones | |
| 17 | sold in the market today that don't use a WD -- WCC | |
| 18 | chip? | |
| 19 |     A   I'm not aware. | |
| 20 |     Q   And do all of Samsung's smartphones sold | 11:34:37 |
| 21 | in the U.S. market today use WCC chips? | |
| 22 |     MR. DOWD:  Objection. | |
| 23 |     THE WITNESS:  I can't answer to all the | |
| 24 | Samsung phones, but the Galaxy phones will use a | |
| 25 | WCC. | 11:34:56 |

Page 100

```
 1   BY MR. BIDDINGER:                                      11:34:57

 2       Q    Okay.  So that's the Galaxy S and the

 3   Galaxy Note?

 4       A    That's correct.

 5       Q    And is the same true for tablets --           11:35:04

 6   withdraw that.

 7            Is the same true for Samsung tablets?

 8       A    In the U.S.?

 9       Q    Yes.

10       A    Right now, there's a chance that it might    11:35:14

11   not use WCC chips.

12       Q    Some of the tablets might not use --

13       A    Yeah.

14       Q    -- WCC --

15       A    I would say majority of the tablets will     11:35:23

16   not be using WCC at Samsung.

17       Q    So they are using, like, WiFi only, for

18   example?

19       A    They could be using someone else's chip.

20       Q    Ah.  Okay.  I understand.                    11:35:37

21            Do you know if the U.S. is the largest

22   market for products containing Broadcom WiFi chips?

23            MR. DOWD:  Objection.  Vague.

24            THE WITNESS:  Right now, there's multiple

25   major markets, you know, including China, including  11:36:07
```

Page 101

```
 1        A    That's correct.                            15:04:52
 2        Q    Okay.  So on the top line of the chart --
 3   or top row of the chart, the fourth box over -- or
 4   chip over is a ▮▮▮▮▮▮
 5             Do you see that?                           15:05:04
 6        A    Yes.
 7             MR. DOWD:  Objection.
 8   BY MR. BIDDINGER:
 9        Q    Is that a chip that was ever made by
10   Broadcom?                                            15:05:07
11        A    ▮▮▮▮▮
12        Q    [Nods head.]
13        A    ▮▮▮ is a chip that was being developed by
14   Broadcom.  I don't know if that was made.
15        Q    So -- so are you aware of whether Broadcom 15:05:23
16   has ever sold a ▮▮▮▮▮▮▮ chip?
17        A    We did not sell a ▮▮▮▮ to any customers
18   in Korea or Japan.
19        Q    Could you turn to the next page, which
20   ends in -377, and could you tell me what is shown on 15:06:04
21   this page?
22        A    Yes.  This page shows the products that
23   WCC has and how they're tied to different platforms
24   at our Korea customers, and then it shows you the
25   volumes that ship for those customers -- and         15:06:39
```

```
 1   projects.                                                    15:06:48

 2       Q    So, for example, the top row, the GS4

 3   platform, that's the Samsung Galaxy S4?

 4       A    That's correct.

 5       Q    And that product uses a ██████ chip?               15:07:11

 6       A    That's correct.

 7       Q    And then in terms of the units that are

 8   listed there, is that the number of units of the

 9   chip that Sam- -- that Broadcom supplied to Samsung?

10            MR. DOWD:  Objection.  Foundation.  Vague           15:07:39

11   as to "supplied to Samsung."

12            THE WITNESS:  So -- so for Galaxy S4, ██
     [redacted]
     [redacted]
     [redacted]
     [redacted]
     [redacted]
     [redacted]
     [redacted]

20   BY MR. BIDDINGER:                                            15:08:19

21       Q    So what is this number of units there

22   represented?

23       A    So I -- I can't recall when this

24   presentation was actually done, but this is probably

25   a combination of actual shipments plus a forecast.           15:08:32
```

Page 206

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    are back on the record at 3:34 p.m.                    15:34:27

2             MR. DOWD:  Thank you.

3             (Exhibit 9 was marked for identification

4             by the court reporter.)

5             THE WITNESS:  Thank you.                      15:34:44

6    BY MR. BIDDINGER:

7        Q    So you've been handed what's marked as

8    Exhibit 9, which has Production Nos. BCM-CAL_0017744

9    through -92.

10            Can you look at Exhibit 9 and let me know     15:35:02

11   when you're finished.

12            [Pause.]

13       A    Okay.

14       Q    Do you recognize Exhibit 9?

15       A    Yes.                                          15:37:41

16       Q    What is it?

17       A    This looks like another ▓▓▓▓▓▓▓▓

18   ▓▓▓▓▓▓ that was presented to our general manager.

19       Q    Were you involved at all in this

20   presentation?                                          15:37:52

21       A    Yes.

22       Q    Were you involved in preparing Exhibit 9?

23       A    Yes.

24       Q    And then this was something that was

25   presented internally at Broadcom?                      15:38:04
```

Page 210

```
1    is making?                                              15:43:54

2         MR. DOWD:  Objection.

3         THE WITNESS:  Forty -- yes.

4    BY MR. BIDDINGER:

5         Q    And it says on here that that's a             15:44:07

6    Bluetooth -- or BT/FM plus 11ax.

7         What does that refer to?

8         A    So --

9         MR. DOWD:  Objection.  Compound.

10        THE WITNESS:  As a -- as a -- can you --           15:44:20

11   can you ask that question for a single answer?

12   BY MR. BIDDINGER:

13        Q    What does "BT/FM+ax" mean?

14        A    It means it has Bluetooth plus FM plus

15   802.11ax.                                               15:44:36

16        Q    What is 802.11ax?

17        A    802.11ax?  It's the next-generation

18   standard following 11ac.

19        Q    Could you turn to the next page ends in

20   -751.                                                   15:45:05

21        A    Okay.

22        Q    And what's depicted on this page?

23        A    This is a ████████████████████████
     ████████████████████████████████████████████

25        Q    And ████████████████████████████             15:45:29
```

Page 215

```
 1    ███████████████████████████████████████  ██████
 2    ████████████████████████
 3         A    Yes.
 4         Q    And on this -- in the middle of this
 5    slide, it says -- well, withdraw that.              15:45:57
 6              So starting with the ████████████
 7    ███████████████████████████████████████
 8    ████████████
 9         A    Yes.
10         Q    And in the middle of this slide, it says: 15:46:28
11    ███████████████████████████████████████
12    ██████
13              Do you see that?
14         A    Yes.
15         Q    What does that mean?                      15:46:36
16         A    ████████████████████████████████
17    █████████████████████████████████
18    ████████████  █████████████████████████
19    █████████████████████████████████████████
20    █████████████████████  ██████████████  █████
21    █████████████████████████████
22    █████████  █████████████████████████████
23    ██████  █████████████████████████████
24    █████████████████████████████
25         Q    ASP is "average selling price"?           15:47:15
```

```
1     █████████████████████████                    17:20:22
2   ████████████████████████████████
3          MR. DOWD:  Objection.
4          THE WITNESS:  ███████████
5          MR. BIDDINGER:  Yeah.                   17:20:40
6          THE WITNESS:  Yes.
7   BY MR. BIDDINGER:
8       Q    And what chip was that?
9       A    The number was ██████
10      Q    Do you know if Samsung used --        17:20:54
11      A    I'm -- ████████████████████████
12  yeah.
13           Wait a second.  ████████████
██  ████████████  ████████████████████████████████
██  ████████████████████████████████  █████        17:21:09
16  ████████████████████████████
17      Q    Oh.
18      A    And that's the one that had the --
19      Q    The re-call?
20      A    -- trouble with the battery -- yeah, the   17:21:18
21  re-call.
22      Q    Okay.  So -- so -- so the Broadcom chip --
23      A    It was a ██████ but it was in the -- it
24  was not -- there was no such ████████████
25      Q    So it was the ██████████ had the --   17:21:31
```

Page 264

```
 1      A    That's correct.                              17:21:33
 2      Q    --█████████
 3      A    That's correct.
 4      Q    And is the ██████████████████████████
                                                          17:21:44
        ████████████████████████████
 6           MR. DOWD:  Objection.  Calls for
 7   speculation.  Vague.
 8           THE WITNESS:  Most likely.
 9   BY MR. BIDDINGER:
10      Q    Have they -- has ██████████████████  ██████
     ██████████████████████████████████████████████
     ████████████████████████
13           MR. DOWD:  Objection.  Vague.  Calls for
14   speculation.
15           THE WITNESS:  ████████████████████  ██████
     ██████████████
17   BY MR. BIDDINGER:
18      Q    And what chip is that?
19      A    ██████
20      Q    ██████████████████████████████████  ██████
     ██████████
22      A    Yes.
23      Q    ████████████████████████
24      A    ██████
25      Q    Did the Galaxy S8 include a Broadcom WCC    17:22:35
```

Page 265

```
1    combo chip?                                              17:22:40
2         A    Yes.
3              MR. DOWD:  Objection.
4    BY MR. BIDDINGER:
5         Q    And what chip?                                 17:22:42
6         A    ███
7         Q    ██████████████████████
     ████████████████████████████████
     ██████████████
10             MR. DOWD:  Objection.  Vague.  Calls for       17:23:00
11   speculation.
12             THE WITNESS:  Yes.
13   BY MR. BIDDINGER:
14        Q    ██████████████████████
15        A    A version of the ████                          17:23:06
16        Q    Is the design of that chip final yet?
17        A    Yes.
18        Q    So does it have a number that's different
19   than ████
20        A    It's a different revision.  ████████           17:23:24
21   ██████
22        Q    But it's still ████
23        A    Yeah, same architecture, same -- same
24   features, same...
25             (Exhibit 14 was marked for                     17:24:11
```

Page 266

1      I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4      That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
     prior to testifying, were administered an oath; that
7    a record of the proceedings was made by me using
8    machine shorthand which was thereafter transcribed
9    under my direction; that the foregoing is a true
10   record of the testimony given.
11     Further, that if the foregoing pertains to the
     original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [  ] was [  ] was not requested.
14        I further certify that I am neither
15   financially interested in the action nor a relative
16   or employee of any attorney or any party to this
17   action.
18     IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20   Dated:   7/28/17
21
22
23
24              *Catherine A. Ryan* (signature)
                Catherine A. Ryan, RMR, CRR
25                    CSR No. 8239

Page 362