# EXHIBIT 9
## PUBLIC VERSION

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4   THE CALIFORNIA INSTITUTE
     of TECHNOLOGY,
 5
          Plaintiff,
 6
          vs.                        Case No. 2:16-cv-3714
 7                                        GW-AGRx
     BROADCOM LIMITED, BROADCOM
 8   CORPORATION, AVAGO
     TECHNOLOGIES LIMITED, APPLE,
 9   INC., AND CYPRESS
     SEMICONDUCTOR CORPORATION,
10
          Defendants.
11   _____
12
13
14
15    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
16          VIDEO DEPOSITION OF  ▓▓▓▓▓▓▓▓▓▓
17                Palo Alto, California
18              Friday, September 8, 2017
19                      Volume I
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2670542
25   PAGES 1 - 316
```

Page 1

```
 1        THE VIDEOGRAPHER:  Counsel.                    08:57:56
 2
 3                    ███████████
 4   having been administered an oath, was examined and
 5   testified as follows:                               08:57:56
 6                      EXAMINATION
 7   BY MR. BIDDINGER:
 8        Q.  Good morning.
 9            Could you state your full name for us,
10   please.                                             08:58:00
11        A.  ███████████
12        Q.  And who do you work for?
13        A.  Broadcom.
14        Q.  And what's your current position there?
15        A.  Senior director of product marketing.      08:58:08
16        Q.  And where is your office located?
17        A.  190 Mathilda Place, Sunnyvale.
18        Q.  That's in California?
19        A.  That is correct.
20        Q.  Thank you.                                 08:58:22
21            Have you had your deposition taken
22   before?
23        A.  I didn't understand your question.
24        Q.  Have you ever been deposed before in
25   connection with a litigation like this?             08:58:33
```

| | | |
|---|---|---|
| 1 | WiFi combo chips for individual customers? | 05:34:48 |
| 2 |     A.   No. | |
| 3 |     MR. BIDDINGER:  Objection. | |
| 4 |     Q.   (By Mr. Dowd)  Let's take the ▊▊▊▊ -- | |
| 5 | sorry.  Withdrawn. | 05:34:54 |
| 6 |     Let's take the ▊▊▊▊ as an example. | |
| 7 |     Do you have that in mind? | |
| 8 |     A.   Yes. | |
| 9 |     Q.   Does Broadcom offer that same chip to | |
| 10 | customers other than Apple? | 05:35:07 |
| 11 |     MR. BIDDINGER:  Objection. | |
| 12 |     THE DEPONENT:  Yes. | |
| 13 |     Q.   (By Mr. Dowd)  Could Samsung module | |
| 14 | suppliers, for example, buy the ▊▊▊▊ | |
| 15 |     MR. BIDDINGER:  Objection. | 05:35:16 |
| 16 |     THE DEPONENT:  Yes. | |
| 17 |     Q.   (By Mr. Dowd)  Are you aware of whether | |
| 18 | they, in fact, have done so? | |
| 19 |     A.   Yes. | |
| 20 |     Q.   Yes, they have? | 05:35:22 |
| 21 |     A.   Yes, they have. | |
| 22 |     Q.   And so is it correct that the same | |
| 23 | ▊▊▊▊ is sold to -- is offered to anyone on the | |
| 24 | market who wants to buy it? | |
| 25 |     MR. BIDDINGER:  Objection. | 05:35:36 |

1       I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
         That the foregoing proceedings were taken
4  before me at the time and place herein set forth;
5  that any witnesses in the foregoing proceedings,
6  prior to testifying, were administered an oath;
7  that a record of the proceedings was made by me
8  using machine shorthand which was thereafter
9  transcribed under my direction; that the foregoing
10 transcript is true record of the testimony given.
11      Further, that if the foregoing pertains to the
12 original transcript of a deposition in a Federal
13 Case, before completion of the proceedings, review
14 of the transcript [ ] was [ ] was not requested.
15      I further certify I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20 Dated:  September 20, 2017
21
22
23
24  _____
        Rebecca L. Romano, RPR,
25      CSR. No 12546

Page 316