# EXHIBIT 10

**From:** Daniel Shih <dshih@susmangodfrey.com>
**Sent:** Monday, April 25, 2022 5:11 PM
**To:** Dowd, James <James.Dowd@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** RE: Caltech v. Samsung - Subpoena

EXTERNAL SENDER

Done.  The invite has you calling my desk line.  If you need a conference number or want me to call, let me know and I can update the invite.  Thanks.
-Dan

-----------------------------------------------------------
**Dan Shih**  *Partner / Attorney-at-Law*
dshih@susmangodfrey.com
206-373-7390 (direct) | Firm Profile | LinkedIn
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA  98101

**From:** Dowd, James <James.Dowd@wilmerhale.com>
**Sent:** Monday, April 25, 2022 4:32 PM
**To:** Daniel Shih <dshih@susmangodfrey.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** RE: Caltech v. Samsung - Subpoena

EXTERNAL Email
Dan,

Thanks for getting back to me.  I have at 30 minute window at 9:30 a.m. PT on Wednesday.  If that works, would you mind sending an invite?

Thanks,

Jim

**From:** Daniel Shih <dshih@susmangodfrey.com>

**Sent:** Monday, April 25, 2022 6:49 PM
**To:** Dowd, James <James.Dowd@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** RE: Caltech v. Samsung - Subpoena

**EXTERNAL SENDER**

Hi Jim, I'm also open at 11am on Tuesday or 9:30am on Wednesday PT.
-Dan

-------------------------------------------------------------
**Dan Shih**  *Partner / Attorney-at-Law*
dshih@susmangodfrey.com
206-373-7390 (direct) | **Firm Profile** | **LinkedIn**
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA  98101

**From:** Dowd, James <James.Dowd@wilmerhale.com>
**Sent:** Monday, April 25, 2022 2:22 PM
**To:** Daniel Shih <dshih@susmangodfrey.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** RE: Caltech v. Samsung - Subpoena

**EXTERNAL Email**
Dan,

Thanks for responding and for agreeing to extend at least through May 6.  I have a conflict today at 4 PT, but will see if I can move things around tomorrow to open 10 PT up.  If not, is there a time on Wednesday that works?

Best,

Jim

**From:** Daniel Shih <dshih@susmangodfrey.com>
**Sent:** Monday, April 25, 2022 1:50 PM
**To:** Dowd, James <James.Dowd@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** RE: Caltech v. Samsung - Subpoena

**EXTERNAL SENDER**

Counsel, I am available to discuss today at 4pm PT or tomorrow (Tuesday) at 10am PT, if either of those works for you. We can agree to extend the response deadline to May 6 so that it's not imminent while we confer, and we can address any need for a further extension when we connect.

Kind regards,
-Dan Shih

-------------------------------------------------------------
**Dan Shih**  *Partner / Attorney-at-Law*
dshih@susmangodfrey.com
206-373-7390 (direct) | Firm Profile | LinkedIn
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA  98101

---

**From:** Dowd, James <James.Dowd@wilmerhale.com>
**Sent:** Saturday, April 23, 2022 5:00 PM
**To:** Daniel Shih <dshih@susmangodfrey.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** Caltech v. Samsung - Subpoena

EXTERNAL Email

Daniel,

We have been engaged to represent Broadcom Corporation and Broadcom Inc. in connection with the subpoena served by you in connection with the Caltech v. Samsung matter, Case No. 2:21-cv-446. Are you available for a call next week to discuss what you are looking for here? We would also request a two week extension of the Rule 45 response deadline to facilitate this discussion, and allow Broadcom to better understand the potential burdens involved.

Best regards,

Jim


**James M. Dowd | WilmerHale**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
+1 213 443 5309 (t)
+1 213 443 5400 (f)
james.dowd@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.