# EXHIBIT 12
## PUBLIC VERSION

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4
 5   THE CALIFORNIA INSTITUTE OF      )
     TECHNOLOGY,                      )
 6                                    )
              Plaintiff,              )
 7                                    )
     vs.                              )  Case No.
                                      )  2:16-cv-3714-GW-AGRx
 8
     BROADCOM LIMITED, BROADCOM       )
 9   CORPORATION, AVAGO TECHNOLOGIES  )
     LIMITED, APPLE INC., AND CYPRESS )
10   SEMICONDUCTOR CORPORATION,       )
                                      )
11            Defendants.             )
                                      )
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15          VIDEOTAPED DEPOSITION OF ███████████
16                  Palo Alto, California
17              Wednesday, November 15, 2017
18
19
20
21
22
23
24   Reported by:  JANIS JENNINGS, CSR, CLR, CCRR
25   Job No. 2755400

                                                      Page 1
```

| | | | |
|---|---|---|---|
| 1 | A. | Correct. | 09:24 |
| 2 | Q. | Where is that located? | 09:24 |
| 3 | A. | Sunnyvale. | 09:24 |
| 4 | Q. | What is your position at Broadcom Limited? | 09:24 |
| 5 | A. | My current position is General Manager of | 09:24 |
| 6 | | Wireless Connectivity Communication, Business Unit. | 09:24 |
| 7 | Q. | Does Broadcom sometimes call the Wireless | 09:24 |
| 8 | | Connectivity Communication Business Unit the WCC | 09:24 |
| 9 | | Business Unit? | 09:24 |
| 10 | A. | Yes. | 09:24 |
| 11 | Q. | How long have you held your current | 09:24 |
| 12 | | position? | 09:25 |
| 13 | A. | Just approximately a month. | 09:25 |
| 14 | Q. | And what was your position prior to your | 09:25 |
| 15 | | current position? | 09:25 |
| 16 | A. | Vice President of Engineering in WCC. | 09:25 |
| 17 | Q. | And how long were you Vice President of | 09:25 |
| 18 | | Engineering of WCC? | 09:25 |
| 19 | A. | Since February 1st, I believe, 2016. | 09:25 |
| 20 | Q. | And do you recall your position prior to | 09:25 |
| 21 | | that? | 09:25 |
| 22 | A. | Yes.  It was Senior Vice President of | 09:25 |
| 23 | | Engineering. | 09:25 |
| 24 | Q. | And how long were you Senior Vice President | 09:25 |
| 25 | | of Engineering? | 09:26 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Broadcom direct customer, and ████████████████     ████
2    ████████████████████████████████                   09:52
3    BY MR. BRIGGS:                                     09:52
4        Q.   Who is the ███████████████████████████    09:52
5        A.   If I recall correctly the latest marketing 09:52
6    information, that would be ███████.                09:52
7        Q.   Would you agree with me that over the past, 09:52
8    I guess, four or five years that ████████████████  ████
9    ████████████████████████████████████               09:52
10            MR. HAWKINSON:  Objection.                09:52
11            THE WITNESS:  I can't really say.         09:52
12   BY MR. BRIGGS:                                     09:52
13       Q.   Have you seen any reports that show       09:52
14   that ████████████████████████████████████████      ████
15   ████████████████████████                           09:52
16       A.   By "report" -- what do you mean by "report"? 09:53
17       Q.   Any type of written document created by   09:53
18   Broadcom.                                          09:53
19       A.   By Broadcom.  Yeah, I'm pretty sure that  09:53
20   I've seen documents created by Broadcom.           09:53
21       Q.   And those documents show that ██████████  ████
22   ████████████████████████████████████████           ████
23   █████████ correct?                                 09:53
24            MR. HAWKINSON:  Objection.                09:53
25            THE WITNESS:  I've seen reports where ███ 09:53
```

Page 23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | ███ |
| 2 | ███████████████████████████ | 09:53 |
| 3 | BY MR. BRIGGS: | 09:53 |
| 4 | Q.   Are you familiar with a document called a | 09:54 |
| 5 | 10-K? | 09:54 |
| 6 | A.   I know that such document exists.  I'm not | 09:54 |
| 7 | familiar with what's in it. | 09:54 |
| 8 | Q.   Have you ever looked at a Broadcom 10-K? | 09:54 |
| 9 | A.   I'm sure I had, but not lately. | 09:54 |
| 10 | Q.   Do you know what the purpose of a 10-K is? | 09:54 |
| 11 | A.   As far as I remember, it's a financial | 09:54 |
| 12 | disclosure. | 09:54 |
| 13 | Q.   It's something that Broadcom submits to the | 09:54 |
| 14 | Securities and Exchange Commission; correct? | 09:54 |
| 15 | A.   I don't know. | 09:54 |
| 16 | Q.   Have you ever been involved in providing | 09:54 |
| 17 | information that goes into a 10-K? | 09:54 |
| 18 | A.   No. | 09:54 |
| 19 | Q.   Have you ever signed off on a 10-K? | 09:54 |
| 20 | A.   No. | 09:55 |
| 21 | Q.   Okay.  Do you know who has the | 09:55 |
| 22 | responsibility for signing off on 10-Ks at Broadcom? | 09:55 |
| 23 | A.   I don't know. | 09:55 |
| 24 | Q.   Would you expect that the information that's | 09:55 |
| 25 | included in a 10-K by Broadcom is truthful? | 09:55 |

Veritext Legal Solutions
866 299-5127

```
 1  again?
 2  BY MR. BRIGGS:
 3      Q.   The fourth bullet states, ███████████
    ████████████████████████████████████████  ████
    ████████   right?                              11:47
 6      A.   That's what I believe too.            11:47
 7      Q.   And do you know -- do you know what that  11:47
 8  means, ████████████████  ████████████████████  ████
    ████████████████████████████████████████  ████
    ████████████████████████████                   11:47
11           MR. HAWKINSON:  Objection.            11:47
12           THE WITNESS:  I don't really know what it  11:47
13  was meant.  I was not paying attention to P&L at   11:47
14  that time.                                     11:47
15  BY MR. BRIGGS:                                 11:47
16      Q.   The next three slides on that same page --  11:47
17  or, I'm sorry.                                 11:47
18           The next three bullets on that same page are  11:47
19  ████████████████████████████████████████  ████
    ████████████████████████████████               11:47
21           Do you know what that means?          11:47
22      A.   I would have to speculate beyond what's  11:47
23  stated here.                                   11:48
24      Q.   You'll at least agree that it indicates that  11:48
25  ████████████████████████████████████████       11:48
```

Page 74

```
 1    ▋                                                  11:48
 2         A.    That's what it says.  I can't really attest  11:48
 3    to the accuracy of this statement, but that's what  11:48
 4    it says.                                            11:48
 5         Q.    All right.  If we turn to the slide 650930,  11:48
 6    which I believe you mentioned earlier that you      11:48
 7    prepared.                                           11:49
 8         A.    Yes.                                     11:49
 9         Q.    And if we look at the sixth bullet down, the  11:49
10    bullet states:                                      11:49
11              ▋                                         ▋
              ▋                                           11:49
13              What did you mean by that?                11:49
14         A.   ▋
     ▋                                                    ▋
     ▋                                                    ▋
          ▋   ▋                                           ▋
     ▋   ▋  ▋.                                            11:49
19         Q.    Now, if you turn to page 650940.  It's a  11:49
20    slide titled ▋                                      11:50
21         A.    Uh-huh.                                  11:50
22         Q.    And the second bullet states:            11:50
23              ▋                                         ▋
              ▋                                           11:50
25              Why was it important to maintain          11:50
```

Page 75

1
2
3          I, JANIS JENNINGS, CSR No. 3942, Certified
4    Shorthand Reporter, certify:
5            That the foregoing proceedings were taken
6    before me at the time and place therein set forth, at
7    which time the witness was duly sworn by me;
8              That the testimony of the witness, the
9    questions propounded, and all objections and statements
10   made at the time of the examination were recorded
11   stenographically by me and were thereafter transcribed;
12             That the foregoing pages contain a full, true
13   and accurate record of all proceedings and testimony.
14             Pursuant to F.R.C.P. 30(e)(2) before
15   completion of the proceedings, review of the transcript
16   [X] was [ ] was not requested.
17             I further certify that I am not a relative or
18   employee of any attorney of the parties, nor financially
19   interested in the action.
20             I declare under penalty of perjury under the
21   laws of California that the foregoing is true and
     correct.
22   Dated 12/05/2017
23
24        _____
          JANIS JENNINGS, CSR NO. 3942
25        CLR, CCRR

Page 167