Kalpana Srinivasan
  California State Bar No. 237460
  ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Ravi Bhalla
  *Admitted pro hac vice*
  New York State Bar No. 5478223
  rbhalla@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff California Institute of Technology*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>  Defendants. | Case No. 5:22-MC-80318-VKD<br><br>E.D. Tex. Case No. 2:21-CV-0446-JRG<br><br>**PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER BROADCOM'S MATERIAL SHOULD BE SEALED**<br><br>Date: January 10, 2023<br>San Jose Courthouse, Courtroom 2, 5th Floor<br>Time: 10:00 AM PT |

**PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S**
**ADMINISTRATIVE MOTION TO CONSIDER WHETHER**
**BROADCOM'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff California Institute of Technology ("Caltech") files this Administrative Motion to Consider Whether Broadcom's Material Should be Sealed. On November 21, 2022, Caltech filed its Motion to Compel Subpoena Compliance by Broadcom. Dkt. 1. On December 19, 2022 Broadcom filed its opposition to that motion, and in connection with that opposition, it sought to file certain documents and portions of documents under seal. Dkt. 16 (Administrative Motion to File Under Seal); Dkt. 17 (public version of opposition filing). In its Reply in Support of its Motion to Compel Subpoena Compliance, Caltech quotes and/or describes various information from Broadcom's opposition papers that Broadcom has sought to keep under seal. For these reasons, and in accordance with Local Rule 79-5(f), Caltech seeks to seal the following portions of its Reply:

- Page 4, Lines 20, 24, 25
- Page 5, Lines 6-7, 10

DATED: December 29, 2022

Respectfully submitted,

By: */s/ Ravi Bhalla*
Kalpana Srinivasan
   California State Bar No. 237460
   ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Ravi Bhalla
   *Admitted pro hac vice*
   New York State Bar No. 5478223
   rbhalla@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Fl.

New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff California Institute of Technology*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record.

/s/ Ravi Bhalla

Ravi Bhalla

2