Kalpana Srinivasan
    California State Bar No. 237460
    ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Ravi Bhalla
    *Admitted pro hac vice*
    New York State Bar No. 5478223
    rbhalla@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff California Institute of Technology*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, | Case No. 5:22-MC-80318-VKD |
| Plaintiff, | E.D. Tex. Case No. 2:21-CV-0446-JRG |
| v. | **[PROPOSED] ORDER REGARDING PLAINTIFF CALIFORNIA INSTITUTE OF TECHNOLOGY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER BROADCOM'S MATERIAL SHOULD BE SEALED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. | |
| Defendants. | |

**[PROPOSED] ORDER**

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff California Institute of Technology ("Caltech") has filed an Administrative Motion to Consider Whether Broadcom's Material Should be Sealed. Having considered the motion and Broadcom Inc. and Broadcom Corp.'s response thereto, the Court GRANTS Caltech's motion and ORDERS that the following portions of Caltech's Reply in Support of its Motion to Compel Subpoena Compliance be filed under seal:

- Page 4, Lines 20, 24, 25
- Page 5, Lines 6-7, 10

**IT IS SO ORDERED.**

DATED: _____                    _____

Hon. Virginia K. DeMarchi

1