Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6031

James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Non-Parties Broadcom Inc. and Broadcom Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:22-MC-80318<br><br>E.D. Tex. Case No. 2:21-CV-0446-JRG<br><br>**DECLARATION OF AMANDA SWAIM IN SUPPORT OF CALTECH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79-5** |

I, Amanda Swaim, declare:

1. I am Senior IP Counsel at Broadcom Inc. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Plaintiff California Institute of Technology's ("Caltech") Motion seeks to file under seal information filed under seal by non-parties Broadcom Inc. and Broadcom Corp. (collectively, "Broadcom") and designated as "Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in *California Institute of Technology v. Broadcom Ltd., et al.*, No. 2:16-cv-03714 (C.D. Cal.), Dkt. 101.

3. As required by Local Rule 79-5(c)(2) and 79-5(f)(3), I submit this Declaration in support of Caltech's Motion to Seal. I confirm that the document identified below, based on current information and belief, contains information that is confidential and sealable.

4. The materials sought to be filed under seal were identified by Caltech as follows:

| DOCUMENT | PORTIONS IDENTIFIED BY CALTECH FOR SEALING |
|---|---|
| Caltech's Reply in support of its Motion to Compel | Page 4, Lines 20, 24, 25<br>Page 5, Lines 6-7, 10 |

5. I understand and have been informed that a party seeking to seal "materials attached to a discovery motion unrelated to the merits of a case" must show that "good cause" exists to seal the materials. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). I further understand that "[a] party asserting good cause bears the burden, for each particular document it seeks to protect, of showing that specific prejudice or harm will result if no protective order is granted." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).

6. "Good cause" exists for sealing of the identified materials, because disclosure of that information would harm Broadcom's competitive and financial position, and because the disclosure of these material would not aid in the public's understanding of the judicial process.

2

DECLARATION IN SUPPORT OF CALTECH'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. 5:22-MC-80318

7. The portions of Caltech's Reply that it seeks to seal contain confidential information relating to Broadcom's product model names and customers. Broadcom seeks to seal its internal product names and the specific components within those specific products because they are confidential and the disclosure of which would harm Broadcom's financial and competitive interests. Broadcom also keeps information regarding its customers confidential as the disclosure of this information would harm Broadcom's financial and competitive interests. The portions of the reply also contain information from documents that Broadcom marked "Confidential – Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 11, 2023.

*Amanda Swain* (signature)

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 11th day of January, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: /s/ Taylor Gooch
    Taylor Gooch