United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO BROADCOM CORP. AND BROADCOM INC. IN THE MATTER OF:<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>  Defendants. | Case No. 22-mc-80318-VKD<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 16, 18 |

Broadcom Corp. and Broadcom Inc. (collectively, "Broadcom") move to seal certain portions of Broadcom's opposition to the motion to compel subpoena compliance filed by California Institute of Technology ("Caltech"). Dkt. No. 16. Caltech moves to seal a portion of its reply papers that quote or describe information in Broadcom's opposition papers that Broadcom seeks to seal. The information in question contains claimed confidential business and other information designated "Confidential—Attorneys' Eyes Only" or "Highly Confidential—Attorneys' Eyes Only" or ordered sealed in an action in the Central District of California, *California Institute of Technology v. Broadcom, Ltd. et al.*, No. 2:16-cv-03714 (C.D. Cal.). Broadcom has submitted declarations to support the sealing of the subject information. Dkt. Nos. 16-1, 23.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of*

*Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case," *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c). *Id*. at 1098-99; *Kamakana*, 447 F.3d at 1179-80.

With respect to the subject motion, the Court applies the "good cause" standard of Rule 26(c). Good cause appearing, the Court grants the motions to seal that material as follows:

| Document | Portions To Be Sealed |
| --- | --- |
| Broadcom's Opposition to Motion to Compel | Page 3, lines 19-22<br>Page 4, lines 12-13, 14-15-21, 24-26<br>Page 5, lines 1-10, 12-15, 17-19, 22, 24-26<br>Page 6, lines 1, 13-15<br>Page 11, lines 19, 21-23, 25-27<br>Page 15, lines 4, 5-10, 15 |
| Declaration of James M. Dowd in support of Broadcom's Opposition | Page 1, line 21<br>Page 2, lines 20, 23<br>Page 3, lines 2, 5, 8 |
| Dowd Exhibit 1 | In its entirety |
| Dowd Exhibit 2 | In its entirety |
| Dowd Exhibit 4 | In its entirety |
| Dowd Exhibit 5 | In its entirety |
| Dowd Exhibit 6 | In its entirety |
| Dowd Exhibit 7 | Page 2, lines 2, 6-8, 11-13, 27-28<br>Page 6, line 2 |
| Dowd Exhibit 8 | Page 1, line 16<br>Page 10, lines 1, 5, 17, 18<br>Page 86, lines 20, 22, 24<br>Page 205, lines 4, 11, 13, 16, 17<br>Page 210, lines 17-18<br>Page 215, lines 23-25<br>Page 216, lines 1-2, 6-8, 11-12, 16-24<br>Page 264, lines 1-2, 4, 9, 11, 13-16, 23-25<br>Page 265, lines 2, 4-5, 10-12, 15-16, 19-21, 23-24<br>Page 266, lines 6-9, 14, 15, 19, 20-21, 22 |
| Dowd Exhibit 9 | Page 1, line 16<br>Page 10, lines 3, 11<br>Page 263, lines 4, 6, 14, 23 |

| Document | Portions To Be Sealed |
|---|---|
| Dowd Exhibit 11 | In its entirety |
| Dowd Exhibit 12 | Page 1, line 15<br>Page 23, lines 1-2, 4, 6, 8-9, 14-15, 21-23, 25<br>Page 24, lines 1-2<br>Page 74, lines 3-5, 8-10, 19-20, 25<br>Page 75, lines 1, 11-12, 14-18, 20, 23-24 |
| Dowd Exhibit 13 | In its entirety |
| Dowd Exhibit 14 | In its entirety |
| Caltech's reply | Page 4, Lines 20, 24, 25<br>Page 5, Lines 6-7, 10 |

**IT IS SO ORDERED.**

Dated: January 13, 2023



VIRGINIA K. DEMARCHI
United States Magistrate Judge

3