UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO BROADCOM CORP. AND BROADCOM INC. IN THE MATTER OF:<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>        Defendants. | Case No. 22-mc-80318-VKD<br><br>**ORDER DIRECTING THE CLERK TO CLOSE THE FILE** |

On January 13, 2023 in this miscellaneous action, the Court issued an order granting in part and denying in part a motion to compel compliance with a subpoena. Dkt. No. 24. That order contemplated potential further proceedings, in the event the parties were unable to resolve certain matters after conferring with one another. *See* Dkt. No. 24 at 5. No further disputes regarding those issues have been presented to the Court. At this time, the Court finds no reason to keep this matter on its docket of active litigation. The Clerk of the Court shall close the file. The closure of this matter will not preclude the parties from seeking further relief in this matter on any remaining disputes on the issues presented, as contemplated by the Court's January 13, 2023 order. *See* Dkt. No. 24 at 5.

**IT IS SO ORDERED.**

Dated: June 28, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge